**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>SARAH HARMON GALCERAN,<br><br>Debtor. | Bankruptcy Case No. 25-14263 TBM<br>Chapter 7 |

**ORDER DISMISSING CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 707(a)(2) FOR NONPAYMENT OF FEES**

On July 10, 2025, this Court entered its "Order for Payment of Filing Fees in Installments; Advisement to Debtor in the Event of Default" (Docket No. 9, the "Order"). In the Order, Sarah Harmon Galceran (the "Debtor") was directed that payment of the filing fee was due in installments, the first of which was due on or before **July 23, 2025.** The Debtor failed to pay the first installment on the filing fee and subsequently the Court issued its "Notice of Impending Dismissal" (Docket No. 12, the "Notice") on July 28, 2025, which established a new deadline of **August 11, 2025**, to pay the missing installment. The Notice warned the Debtor: "You must meet all future payment deadlines, as failure to make any payment by the deadline in this Notice or any deadline previously established by the Court will result in the dismissal of the case without further notice to the Debtor(s)." As of the date of this Order, the first installment of the filing fee has not been paid, nor has an extension of time been requested. Accordingly, it is

ORDERED that, pursuant to 11 U.S.C. § 707(a)(2), this case is hereby DISMISSED for nonpayment of the filing fee required by 28 U.S.C. § 1930(a), as scheduled by the order of this Court.

DATED this 20th day of August, 2025.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
United States Bankruptcy Judge